# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MADELINE MCKEON,

    Plaintiff,

v.                                              Case No: 8:15-cv-1273-T-30TBM

SUPERNOVA CAFE, LLC,

    Defendant.

_____

## ORDER

The Court has been advised via Plaintiff's Notice of Settlement (Dkt. #4) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of July, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Defendant Supernova Café, LLC
    c/o Registered Agent Prestia Giuseppe, 309 Lime Circle, Sarasota, FL 34237